**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6492**

---

RAYMOND BILLY SIMS,

Plaintiff - Appellant,

versus

RICHARD C. VORHIS; BARBARA A. WILLIAMS; JOHN
C. JOHNSON,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Albert V. Bryan, Jr., Senior District Judge.  (CA-00-282-AM)

---

Submitted:  May 25, 2000               Decided:  June 6, 2000

---

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Raymond Billy Sims, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Raymond Billy Sims appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sims v. Vorhis, No. CA-00-282-AM (E.D. Va. Feb. 29 & Mar. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED